

# IN THE
## TENTH COURT OF APPEALS

### No. 10-12-00152-CR

## EX PARTE ANTHONY WASHINGTON

**From the 40th District Court
Ellis County, Texas
Trial Court No. 32728CR/A**

## MEMORANDUM  OPINION

Anthony Washington attempted to appeal the trial court's order returning his petition for writ of habeas corpus to the Court of Criminal Appeals.  *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2011).  A motion to dismiss the appeal has now been filed.  Washington is not represented by counsel and personally signed the motion to dismiss.

Washington's motion is granted.  The appeal is dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
         Justice Davis, and
         Justice Scoggins
Appeal dismissed
Opinion delivered and filed May 23, 2012
Do not publish
[CR25]